FILED

Neva Davis; Claudia Gutierrez; Rene Gutierrez
24391 Avenida De La Carlota #566
Laguna Hills, CA 92653

2017 JAN 23 PM 2:33

(206) 288-9905

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SACV 17-00108 JLS(DFMx)

| | |
|---|---|
| OAKBROOK URBAN VILLAGE I, LLC, | CASE/DOCKET NO. |
| Plaintiff, | |
| vs. | NOTICE OF REMOVAL |
| Neva Davis; Claudia Gutierrez; Rene Gutierrez, DOES 1 TO 10, inclusive | |
| Defendant. | |

**TO THE CLERK OF THE COURT AND THE HONORABLE UNITED STATES DISTRICT JUDGE:**

PLEASE TAKE NOTICE Neva Davis, Claudia Gutierrez & Rene Gutierrez ("Defendant") hereby remove to this Court the above-captioned action described further below:

I. **THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED.**

On December 19th, 2016, Plaintiff, Oakbrook Urban Village I, ("Plaintiff") filed an unlawful detainer action in the Superior Court of California, County of Orange, entitled OAKBROOK URBAN VILLAGE I, LLC vs. Neva Davis; Claudia Gutierrez; Rene Gutierrez, DOES 1 TO 10, inclusive

**NOTICE OF REMOVAL**

Defendant's Answer to the complaint for unlawful detainer was based on an improper Notice to Quit. A true and correct copy of the relevant pleadings, i.e., summons, complaint, and Answer are attached hereto as "Exhibit A."

1. This removal is therefore timely because it is not barred by the provisions of 28 U.S.C. § 1446(b).
2. There are no other named Defendants in the action.
3. No previous request has been made for the relief requested.
4. The Superior Court of California for the County of Orange is located within the Central District of California. Sec 28 U.S.C. § 84(c)(1). Thus, venue is proper in this Court because it is the "district and divisions embracing the place where such action is pending." 28 U.S.C. § 1441(a).
5. This Action is removable to the instant Court because it originally could have been filed in this Court pursuant to 28 U.S.C. § 1441(a) and/or (b). The complaint presents federal questions. Supplemental jurisdiction exists with respect to any remaining claims pursuant to 28 U.S.C. § 1367.

## II. FEDERAL QUESTION: REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §1331 and §1441.

6. The complaint for Unlawful Detainer is subject to strict notice requirements.
7. Defendant filed a demurrer to the complaint based on an improper notice, i.e., Notice to Quit, failed to comply with *Code of Civil Procedure* § 1161(2).
8. Notwithstanding said violation of *Code of Civil Procedure* § 1161(2), the Superior Court for the County of Orange did not sustain the Answer.
9. Federal question exists because Defendant's Answer, a pleading depend on the determination of Defendant's rights and Plaintiff's duties under federal law.

Wherefore, Neva Davis, Claudia Gutierrez & Rene Gutierrez respectfully remove this action from the California Superior Court for the County of Orange this Court pursuant to 28

**NOTICE OF REMOVAL**

United States Code Sections 1331 and 1441.

Dated: 1/23/2017            By: _NEVA Davis_
                                _[signature]_
                                _Renee G Gutierrez_
                            Neva Davis, Claudia Gutierrez & Rene Gutierrez
                            **In Pro Per**

**NOTICE OF REMOVAL**

# EXHIBIT A

UD-105

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Claudia Gutierrez, Rene Gutierrez, Neva Davis<br>24391 Avenida de la Carlota Apt 566<br>Laguna Hills, CA 92653<br><br>TELEPHONE NO.: 206-288-9905  FAX NO.: none<br>E-MAIL ADDRESS: ellison.claudia@gmail.com<br>ATTORNEY FOR (Name): Self-Representing | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br><br>DEC 27 2016<br><br>DAVID H. YAMASAKI, Clerk of the Court<br><br>BY:_____DEPUTY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange<br>STREET ADDRESS: 4601 Jamboree Rd Suite 104<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Newport Beach, CA 92660<br>BRANCH NAME: Harbor Justice Center | |
| Plaintiff: Oakbrook Urban Village I, LLC<br>Defendant: Claudia Gutierrez, Neva Davis, Rene Gutierrez | |
| **ANSWER—UNLAWFUL DETAINER** | CASE NUMBER:<br>30-2016-00893250-CL-UD-HNB |

1. Defendant (each defendant for whom this answer is filed must be named and must sign this answer unless his or her attorney signs): Claudia Gut[signature], Rene Gut[signature], Neva Davis
   answers the complaint as follows:

2. **Check ONLY ONE of the next two boxes:**
   a. [x] Defendant generally denies each statement of the complaint. (Do not check this box if the complaint demands more than $1,000.)
   b. [x] Defendant admits that all of the statements of the complaint are true EXCEPT:
      (1) Defendant claims the following statements of the complaint are false state paragraph numbers from the complaint or explain below or on form MC-025):  [x] Explanation is on MC-025, titled as Attachment 2b(1).
      Stove hasn't been fixed and we agreed that as soon as stove/oven was fixed, rent payment would be made.

      (2) Defendant has no information or belief that the following statements of the complaint are true, so defendant denies them (state paragraph numbers from the complaint or explain below or on form MC-025):
      [ ] Explanation is on MC-025, titled as Attachment 2b(2).

3. AFFIRMATIVE DEFENSES (**NOTE:** For each box checked, you must state brief facts to support it in item 3k (top of page 2).)
   a. [x] (nonpayment of rent only) Plaintiff has breached the warranty to provide habitable premises.
   b. [ ] (nonpayment of rent only) Defendant made needed repairs and properly deducted the cost from the rent, and plaintiff did not give proper credit.
   c. [x] (nonpayment of rent only) On (date): 12/9/2016  before the notice to pay or quit expired, defendant offered the rent due but plaintiff would not accept it.
   d. [ ] Plaintiff waived, changed, or canceled the notice to quit.
   e. [x] Plaintiff served defendant with the notice to quit or filed the complaint to retaliate against defendant.
   f. [ ] By serving defendant with the notice to quit or filing the complaint, plaintiff is arbitrarily discriminating against the defendant in violation of the Constitution or the laws of the United States or California.
   g. [ ] Plaintiff's demand for possession violates the local rent control or eviction control ordinance of (city or county, title of ordinance, and date of passage):

      (Also, briefly state in item 3k the facts showing violation of the ordinance.)
   h. [ ] Plaintiff accepted rent from defendant to cover a period of time after the date the notice to quit expired.
   i. [ ] Plaintiff seeks to evict defendant based on acts against defendant or a member of defendant's household that constitute domestic violence, sexual assault, stalking, human trafficking, or abuse of an elder or a dependent adult. (A temporary restraining order, protective order, or police report not more than 180 days old is required naming you or your household member as the protected party or a victim of these crimes.)
   j. [ ] Other affirmative defenses are stated in item 3k.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
UD-105 [Rev. January 2, 2014]

**ANSWER—UNLAWFUL DETAINER**

Civil Code, § 1940 et seq.;
Code of Civil Procedure, § 425.12, § 1161 et seq.
www.courts.ca.gov

UD-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Helaine S. Ashton, Bar #135698<br>Kimball, Tirey & St. John LLP<br>2040 Main Street, Suite 500<br>Irvine, CA 92614<br>TELEPHONE NO.: (949) 476-5585    FAX NO.*(Optional)*: (949) 476-5580<br>E-MAIL ADDRESS *(Optional)*: OCefiling@kts-law.com<br>ATTORNEY FOR *(Name)*: Plaintiff | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Orange<br><br>**12/19/2016** at 01:40:40 PM<br>Clerk of the Superior Court<br>By Jeanette Torres-Mendoza, Deputy Clerk |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Orange<br>STREET ADDRESS: 4601 JAMBOREE RD, SUITE 104<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: NEWPORT BEACH, CA 92660<br>BRANCH NAME: HARBOR JUSTICE CENTER | |
| PLAINTIFF: OAKBROOK URBAN VILLAGE I, LLC | |
| DEFENDANT: Neva Davis; Claudia Gutierrez; Rene Gutierrez | |
| [X] DOES 1 TO 10 inclusive | |
| **COMPLAINT - UNLAWFUL DETAINER***<br>[X] COMPLAINT   [ ] AMENDED COMPLAINT *(Amendment Number)*: _____ | CASE NUMBER:<br>30-2016-00893250-CL-UD-HNB |

**Jurisdiction** *(check all that apply):*
[X] **ACTION IS A LIMITED CIVIL CASE**
Amount demanded    [X] does not exceed $10,000
                   [ ] exceeds $10,000 but does not exceed $25,000
[ ] **ACTION IS AN UNLIMITED CIVIL CASE** (amount demanded exceeds $25,000)
[ ] **ACTION IS RECLASSIFIED** by this amended complaint or cross-complaint *(check all that apply):*
   [ ] from unlawful detainer to general unlimited civil (possession not in issue)   [ ] from limited to unlimited
   [ ] from unlawful detainer to general limited civil (possession not in issue)     [ ] from unlimited to limited

1. PLAINTIFF *(name each):* OAKBROOK URBAN VILLAGE I, LLC

   alleges causes of action against DEFENDANT *(name each):*
   Neva Davis; Claudia Gutierrez; Rene Gutierrez

2. a. Plaintiff is   (1) [ ] an individual over the age of 18 years.    (4) [ ] a partnership.
                     (2) [ ] a public agency.                            (5) [ ] a corporation.
                     (3) [X] other *(specify):* Limited Liability Company

   b. [ ] Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of *(specify)*:

3. Defendant named above is in possession of the premises located at *(street address, apt. no., city, zip code, and county):*
   24391 Avenida de la Carlota #566
   Laguna Hills, CA 92653
   County of Orange

4. Plaintiff's interest in the premises is    [X] as owner    [ ] other *(specify):*
5. The true names and capacities of defendants sued as Does are unknown to plaintiff.
6. a. On or about *(date):* 7/30/2016                      defendant *(name each):*
      Neva Davis; Claudia Gutierrez; Rene Gutierrez

      (1) agreed to rent the premises as a  [ ] month-to-month tenancy  [X] other tenancy *(specify):* 1 Year
      (2) agreed to pay rent of $ 2,090.00          payable [X] monthly  [ ] other *(specify frequency)*:
      (3) agreed to pay rent on the  [X] first of the month  [ ] other day *(specify):*
   b. This  [X] written  [ ] oral  agreement was made with
      (1) [ ] plaintiff.                              (3) [ ] plaintiff's predecessor in interest.
      (2) [X] plaintiff's agent.                      (4) [ ] other *(specify):*

*NOTE: Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
UD-100 [Rev. July 1, 2005]

**COMPLAINT - UNLAWFUL DETAINER**

Civil Code, § 1940 et seq.
Code of Civil Procedure §§ 425.12, 1166
www.courtinfo.ca.gov

Martin Dean's
ESSENTIAL FORMS™

16-3158169

| PLAINTIFF (Name): OAKBROOK URBAN VILLAGE I, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): Neva Davis; Claudia Gutierrez; Rene Gutierrez | |

6. c. [X] The defendants not named in item 6a are
   - (1) ☐ subtenants.
   - (2) ☐ assignees.
   - (3) [X] other (specify): Unknown
   d. ☐ The agreement was later changed as follows (specify):

   e. ☐ A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached and labeled Exhibit 1. *(Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)*
   f. [X] *(For residential property)* A copy of the written agreement is **not** attached because *(specify reason):*
   - (1) ☐ the written agreement is not in the possession of the landlord or the landlord's employees or agents.
   - (2) [X] this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7. [X] a. Defendant (name each): Neva Davis; Claudia Gutierrez; Rene Gutierrez

   was served the following notice on the same date and in the same manner:
   - (1) [X] 3-day notice to pay rent or quit
   - (2) ☐ 30-day notice to quit
   - (3) ☐ 60-day notice to quit
   - (4) ☐ 3-day notice to perform covenants or quit
   - (5) ☐ 3-day notice to quit
   - (6) ☐ Other (specify):

   b. (1) On (date): 12/09/2016   the period stated in the notice expired at the end of the day.
   (2) Defendants failed to comply with the requirements of the notice by that date.
   c. All facts stated in the notice are true.
   d. [X] The notice included an election of forfeiture.
   e. [X] A copy of the notice is attached and labeled Exhibit 2. *(Required for residential property. See Code Civ. Proc., § 1166.)*
   f. ☐ One or more defendants were served (1) with a different notice, (2) on a different date, or (3) in a different manner, as stated in Attachment 8c. *(Check item 8c and attach a statement providing the information required by items 7a-e and 8 for each defendant.)*

8. a. [X] The notice in item 7a was served on the defendant named in item 7a as follows:
   - (1) ☐ by personally handing a copy to defendant on (date):
   - (2) ☐ by leaving a copy with (name or description): a person of suitable age and discretion, on (date):     at defendant's ☐ residence ☐ business AND mailing a copy to defendant at defendant's place of residence on (date):     because defendant cannot be found at defendant's residence or usual place of business.
   - (3) [X] by posting a copy on the premises on (date): 12/6/2016   ☐ AND giving a copy to a person found residing at the premises AND mailing a copy to defendant at the premises on (date): 12/6/2016
     - (a) ☐ because defendant's residence and usual place of business cannot be ascertained OR
     - (b) [X] because no person of suitable age or discretion can be found there.
   - (4) ☐ *(Not for 3-day notice; see Civil Code, § 1946 before using)* by sending a copy by certified or registered mail addressed to defendant on (date):
   - (5) ☐ *(Not for residential tenancies; see Civil Code, § 1953 before using)* in the manner specified in a written commercial lease between the parties.
   b. [X] (Name): Neva Davis; Claudia Gutierrez; Rene Gutierrez
   was served on behalf of all defendants who signed a joint written rental agreement.
   c. ☐ Information about service of notice on the defendants alleged in item 7f is stated in Attachment 8c.
   d. ☐ Proof of service of the notice in item 7a is attached and labeled Exhibit 3.

| PLAINTIFF (Name): OAKBROOK URBAN VILLAGE I, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): Neva Davis; Claudia Gutierrez; Rene Gutierrez | |

9. ☐ Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.

10. ☒ At the time the 3-day notice to pay rent or quit was served, the amount of **rent due** was $ 2,089.84

11. ☒ The fair rental value of the premises is $ 69.66   per day.

12. ☐ Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b). *(State specific facts supporting a claim up to $600 in Attachment 12.)*

13. ☒ A written agreement between the parties provides for attorney fees.

14. ☐ Defendant's tenancy is subject to the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage):*

    Plaintiff has met all applicable requirements of the ordinances.

15. ☐ Other allegations are stated in Attachment 15.

16. Plaintiff accepts the jurisdictional limit, if any, of the court.

17. **PLAINTIFF REQUESTS**
    a. possession of the premises.
    b. costs incurred in this proceeding:
    c. ☒ past-due rent of $   2,089.84
    d. ☒ reasonable attorney fees.
    e. ☒ forfeiture of the agreement.
    f. ☒ damages at the rate stated in item 11 from *(date):* 01/01/2017   for each day that defendants remain in possession through entry of judgment.
    g. ☐ statutory damages up to $600 for the conduct alleged in item 12.
    h. ☐ other *(specify):*

18. ☒ Number of pages attached *(specify):* 2

### UNLAWFUL DETAINER ASSISTANT   (Bus. & Prof. Code, §§ 6400-6415)

19. *(Complete in all cases.)* An unlawful detainer assistant ☒ did **not** ☐ did  for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, state:)*

    a. Assistant's name:
    b. Street address, city, and zip code:
    c. Telephone No.:
    d. County of registration:
    e. Registration No.:
    f. Expires on *(date):*

Date: 12/14/2016

Helaine S. Ashton, Bar #135698                           ▶ /s/ Helaine S. Ashton
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PLAINTIFF OR ATTORNEY)

### VERIFICATION

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

                                                        ▶ See attached verification
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PLAINTIFF)